UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZ MARTIN,<br><br>            Petitioner,<br><br>    v.<br><br>SUPREME COURT OF CALIFORNIA,<br><br>            Respondent. | No. 2:20-cv-0248 DB P<br><br><br>ORDER |

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of mandamus pursuant to 28 U.S.C. § 1651. Petitioner seeks a writ "commanding respondent court to perform its ministerial duty in affording petitioner his constitutional rights to a proper and adequate inquiry by using sound discretion in adhering to and following the law which governs/controls the issues raised by his claims." (ECF No. 1 at 4.)

       The application attacks a conviction issued by the Alameda County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated: February 6, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Habeas/mart0248.108